WALTER ANDERSON v. THE STATE.

No. 9011. Delivered January 7, 1925.

No motion for rehearing filed.

Sale of Intoxicating Liquor—Affirmed.

No statement of facts, nor bills of exception appearing in record, the judgment is affirmed.

Appeal from the District Court of Anderson County. Tried below before the Hon. Ben F. Dent, Judge.

Appeal from a conviction of the sale of intoxicating liquor; penalty one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard*, State's Attorney, and *Grover C. Morris*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

Upon a plea of guilty the minimum punishment was assessed. The facts are not brought forward for review. No reason for reversal has been advanced by bill of exceptions or discovered by this court.

The judgment is affirmed.

*Affirmed.*